UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Michael D. Cookson**, et al., ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | |
| ) | Case No. 4:09CV00675HEA |
| ) | |
| **Nathan H. Leet**, et al., ) | |
| ) | |
| Defendant. ) | |

ORDER

The above-styled case was filed in the Eastern Division of this court on April 30, 2009, and assigned to the Honorable Henry E. Autrey. Because the jurisdiction of this matter lies in the Northern Division of this district, this case should have been assigned a Northern Division case number.

IT IS HEREBY ORDERED that the above styled cause is transferred to the Northern Division of this court and assigned Case No.2:09cv0019ERW. The Honorable E. Richard Webber will preside.

Case No. 4:09cv00675 ERW is hereby administratively closed.

Dated this 1st day of May, 2009.

JAMES G. WOODWARD
CLERK OF COURT

By: /s/ Karen Moore
Deputy Clerk

Please refer to Case No. **2:09cv0019 ERW** in all future matters concerning this case.